***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| SEQUOIA CAPITAL INVESTMENTS, LLC, by and through ROBERT S. GREISMAN, LLC and ADRIANA M. GREISMAN on behalf of ZIP CAT INVESTMENTS, LLC, Partners Other than the Tax Matters Partner,, | § § § § § § | Case No. 06-421 T (Judge Merow) |
| Plaintiffs, | § § | |
| v. | § § | |
| United States of America, | | |
| Defendant. | | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of David R. House, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David R. House,
Trial Attorney
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

s/ David R. House
David R. House
Justice Department (Tax)
Civil Trial Section, Court of Federal Claims Section
(202)616-6616
Fax: (202) 514-9440
E-Mail: David.R.House@USDOJ.GOV