IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Merow)

---

No. 06-421 T

SEQUOIA CAPITAL INVESTMENTS, LLC, by and through
ROBERT S. GREISMAN, LLC and ADRIANA M. GREISMAN on behalf of ZIP CAT
INVESTMENTS, LLC, Partners Other than the Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

---

REQUEST FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT

---

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for an enlargement of time of 10 days from September 22, 2006, to October 2, 2006, within which to file defendant's answer or other response to plaintiff's complaint. Plaintiff has no objections to the requested 10-day extension. This is the second such enlargement requested, the first being for a period of 60 days

In support of this motion, the defendant states the following:

Plaintiff filed its complaint in this matter on May 24, 2006. Because of the nature of the issues presented by this case, various components of both the Office of Chief Counsel, Internal Revenue Service, and the Department of Justice must coordinate in the preparation of the response to plaintiffs' complaint. The defense recommendation by the Office of Chief Counsel

of the Internal Revenue Service and some of the administrative files necessary to reply to plaintiffs' complaint were not received by the Government's trial counsel until late Friday, September 15, 2006. Additional administrative files necessary to respond to plaintiff's complaint were not received by the Government's trial counsel until September 20, 2006. By that time a member of one of the components of the Department of Justice who must review the government's reply had left the office and will not return until the week of September 25, 2006. The additional time requested is required to allow for the coordination within the Department of Justice on preparation of the appropriate response to plaintiff's complaint.

WHEREFORE, the defendant prays that its motion for an 10-day extension of time to respond to plaintiffs' complaint be allowed.

Respectfully submitted,

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims

s/ David Gustafson