# In the United States Court of Federal Claims

No. 06-421 T
(Filed September 20, 2006)

****************************************
SEQUOIA CAPITAL INVESTMENTS, LLC *
by and through ROBERT S. GREISMAN LLC *
and ADRIANA M. GREISMAN *
on behalf of ZIP CAT INVESTMENTS, LLC *
Partners Other Than the Tax Matters Partner, *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
****************************************

## ORDER

On September 20, 2006, Defendant's Request for Extension of Time to Respond to Plaintiff's Complaint was filed. Defendant moves for an enlargement of time to and including October 2, 2006 within which to respond to the Complaint. Defendant has indicated that plaintiff has no objections to the requested extension.

Accordingly, it is **ORDERED** that defendant's request [motion], filed September 20, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge