**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SEQUOIA CAPITAL INVESTMENTS, LLC by and through ROBERT S. GREISMAN, LLC and ADRIANA M. GREISMAN on behalf ZIP CAT INVESTMENTS, LLC Partners Other than the Tax Matters Partner,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **DOCKET NO. 06-421 T** |
| **UNITED STATES OF AMERICA, By and through its agent, the Internal Revenue Service,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF NO OBJECTION TO
MOTION TO SUSPEND PROCEEDINGS**

Plaintiff, Sequoia Capital Investments, LLC, hereby gives notice to the Court that it does not object to Defendant's Motion to Suspend Proceedings and joins Defendant in requesting suspension of these proceedings for the following reasons:

1. Transactions in Sequoia Capital Investments, LLC are similar to those in *Jade Trading v. United States*, Fed. Cl. No. 03-2164T, which case has been fully briefed, argued and is awaiting a decision by Judge Williams;

2. The only issue in this case not raised in the *Jade Trading* case is the validity of Treas. Reg. § 1.752-6, which was recently decided in Taxpayer's favor in *Klamath Strategic Investment Fund v. United States*, 2006 WL 2075148 (E.D. Tex. 2006). Should this issue be reached here, it would be susceptible to a decision by Motion for Summary Judgment;

3. As indicated in Defendant's Motion, not only is the Sequoia case similar to *Jade Trading*, Sequoia has factual and legal issues that overlap at least 6 other cases now pending in the Court of Claims; and

4. Substantial resources of both parties might be saved by staying discovery in this case until a decision in *Jade Trading* is final.

FOR THE FOREGOING REASONS, Plaintiff joins Defendant in asking the Court to suspend further proceedings in this case pending the outcome of *Jade Trading v. United States*.

Respectfully submitted,

s/ David D. Aughtry
DAVID D. AUGHTRY
Chamberlain, Hrdlicka, White,
Williams & Martin
191 Peachtree Street, N.E., 34th Floor
Atlanta, Georgia 30303
Telephone: 404-659-1410
Facsimile: 404-659-1852

s/ Linda S. Paine
LINDA S. PAINE
Texas Bar No: 15414000
Chamberlain, Hrdlicka, White,
Williams & Martin
1200 Smith Street, Ste. 1400
Houston, Texas 77002
Telephone: (713) 658-1818
Facsimile: (713) 658-2553

COUNSEL FOR PLAINTIFFS

October 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2006, I electronically filed the foregoing Notice of No Objection to Motion to Suspend Proceedings with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to the following attorney of record:

David R. House
U.S. Department of Justice
Tax Division
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20004
E-mail: david.r.house@usdoj.gov

/s David D. Aughtry
David D. Aughtry

0595079.01
003795-000000:10/16/2006