# In the United States Court of Federal Claims

No. 06-421 T

(Filed October 18, 2006)

| | |
|---|---|
| SEQUOIA CAPITAL INVESTMENTS, LLC | * |
| by and through ROBERT S. GREISMAN LLC | * |
| and ADRIANA M. GREISMAN | * |
| on behalf of ZIP CAT INVESTMENTS, LLC | * |
| Partners Other Than the Tax Matters Partner, | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On October 12, 2006, defendant's Status Report and Motion to Suspend Proceedings was filed. Defendant moves to suspend further proceedings in this case pending the outcome of *Jade Trading v. United States*, 03-2164 T, and five other similar cases. Plaintiff filed a Notice of No Objection to Motion to Suspend Proceedings on October 17, 2006.

Accordingly, it is **ORDERED** that:

(1) Defendant's motion is **GRANTED**;

(2) Proceedings shall be **STAYED** until fourteen days after the conclusion of final proceedings in *Jade Trading v. United States*, 03-2164 T, at which time the parties shall file a status report(s), indicating the procedure(s) then proposed to obtain the final resolution of this litigation.

s/ James F. Merow

James F. Merow

Senior Judge