# In the United States Court of Federal Claims

No. 06-421 T
(Filed December 28, 2009)

```
*******************************************
SEQUOIA CAPITAL INVESTMENTS, LLC          *
by and through ROBERT S. GREISMAN LLC     *
and ADRIANA M. GREISMAN                   *
on behalf of ZIP CAT INVESTMENTS, LLC     *
Partners Other Than the Tax Matters Partner, *
                    Plaintiffs,           *
                                          *
              v.                          *
                                          *
THE UNITED STATES,                        *
                    Defendant.            *
*******************************************
```

## ORDER

Plaintiffs have filed a motion to dismiss the complaint with prejudice. The Government has filed its response in which it states it has no objection.

It is **ORDERED** that

(1) Plaintiffs' complaint is **DISMISSED** with prejudice;

(2) Pursuant to 26 U.S.C. § 6226(h), the Notice of Final Administrative Adjustments attached to plaintiffs' complaint is established as correct;

(3) Judgment shall be entered in favor of defendant and against plaintiff.

s/ James F. Merow
James F. Merow
Senior Judge